# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>XAVIOR AKINA,<br>        Defendant. | Case No.: 2:22-mj-00564 -NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is Defendant's motion for a hearing. Docket No. 11. Defendant asks the Court to set his initial appearance. *Id.* at 1. Defendant had an initial appearance on July 22, 2022. Docket No. 2. Accordingly, Defendant's motion is **DENIED** as moot. Docket No. 11.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge